**<u>EXHIBIT B</u>**

**Proposed Order**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | **Chapter 11** |
| **LL FLOORING HOLDINGS, INC.,** *et al.*, | **Case No. 24-11680 (BLS)** |
| **Debtors.**[1] | **(Jointly Administered)** |
| | **Related Docket No. _____** |

### ORDER DISALLOWING CLAIMS AS SET FORTH
### IN THE REORGANIZED DEBTORS' FIRST OMNIBUS
### OBJECTION TO CERTAIN CLAIMS (NON-SUBSTANTIVE)

Upon consideration of the objection (the "Objection")[2] of the Debtors for entry of an order (this "Order"), pursuant to section 502(b) of the Bankruptcy Code and Rule 3007 of the Bankruptcy Rules, reclassifying, disallowing and expunging, or reducing certain Disputed Claims; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Objection has been given under the particular circumstances; and it appearing that no other or further notice is necessary; and this Court having reviewed the Objection,

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of their respective tax identification numbers, are as follows: LL Flooring Holdings, Inc. (0817); LL Flooring, Inc. (9199); Lumber Liquidators Leasing, LLC (N/A); LL Flooring Services, LLC (5960); and Lumber Liquidators Foreign Holdings, LLC (4568). The address of the Debtors' corporate headquarters is 4901 Bakers Mill Lane, Richmond, VA 23230.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

the Thoroddsen Declaration, the Disputed Claims listed on **Exhibits 1** and **2** attached hereto, and any responses thereto; and upon the record of these Chapter 11 Cases; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Objection is sustained as set forth herein.

2.      The Duplicative Claims listed on **Exhibit 1** are hereby disallowed and expunged in their entirety.

3.      The Amended Claims listed on **Exhibit 2** are hereby disallowed and expunged in their entirety.

4.      Stretto, the Debtors' claims and noticing agent, shall update the claims register to reflect the relief granted in this Order.

5.      The Debtors' rights to file additional objections to the Disputed Claims or any other proofs of claim that have been or may be filed against the Debtors are preserved.  Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Debtors' rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these Chapter 11 Cases are further preserved.

6.      Each Disputed Claim and the objection by the Debtors to such Disputed Claims, as addressed in the Objection and as set forth in **Exhibits 1**, and **2** attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1.  This Order shall be deemed a separate Order with respect to each Disputed Claim.  Any stay of this Order

pending appeal by any claimant whose Disputed Claim is subject to this Order shall only apply to the contested matter that involves such claimant and Disputed Claim and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters or Disputed Claims listed in the Objection or this Order.

7.     The terms and conditions of this Order shall be immediately effective and enforceable, and the time to appeal this Order shall commence upon its entry.  All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

8.     This Court shall retain jurisdiction with respect to all matters related to or arising from the Objection or the implementation of this Order.

# **EXHIBIT 1**

## **Duplicative Claims**

1st Omnibus Objection      Case 24-11680-BLS   Exhibit   Doc 581-3    Filed 11/18/24    Page 6 of 25     Primary case number: 24-11680 (BLS) Jointly Administered

Project name: LL FLOORING HOLDINGS, INC.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 1   CANDANCE WELCH<br>249 SYCAMORE RD<br>ELKTON MD 21921 | 1617 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$284.60 (U)<br>$284.60 (T) | Duplicative | CANDANCE WELCH<br>249 SYCAMORE ROAD<br>ELKTON MD 21921 | 1459 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$284.60 (U)<br>$284.60 (T) |
| 2   CENK AKARPINAR<br>3 STRIBLE LN<br>MYSTIC CT 06355 | 709 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$638.00 (U)<br>$638.00 (T) | Duplicative | CENK AKARPINAR<br>3 STRIBLE LN<br>MYSTIC CT 06355 | 643 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$638.00 (U)<br>$638.00 (T) |
| 3   DEPTFORD PLAZA CENTER LLC<br>ATTN: HERBERT KUNSTADT<br>870 FIFTH AVE APT 14A<br>NEW YORK NY 10065 | 885 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$135,649.35 (U)<br>$138,999.35 (T) | Duplicative | DEPTFORD PLAZA CENTER LLC<br>ATTN: HERBERT KUNSTADT<br>870 FIFTH AVENUE<br>APT 14A<br>NEW YORK NY 10065 | 882 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$135,649.35 (U)<br>$138,999.35 (T) |
| 4   ELAINE PANKONIN<br>12256 EAST 2ND DR<br>AURORA CO 80011-8336 | 908 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$2,161.59 (U)<br>$5,511.59 (T) | Duplicative | ELAINE PANKONIN<br>12256 EAST 2ND DRIVE<br>AURORA CO 80011-8336 | 181 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$2,161.59 (U)<br>$5,511.59 (T) |
| 5   Gelowell Export SA INC<br>Attn: Emile E Sayegh<br>3689 Esepona Ave<br>Doral FL 33178 | 10 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$105,000.00 (U)<br>$105,000.00 (T) | Duplicative | Gelowell Export SA INC<br>Attn: Emile E Sayegh<br>3689 Esepona Ave<br>Doral FL 33178 | 9 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$105,000.00 (U)<br>$105,000.00 (T) |
| 6   HILTON CAPITAL, LLC<br>ATTN: JENNIFER HILTON<br>15604 DERRICO LN<br>SANTA CLARITA CA 91387 | 1705 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,356.39 (U)<br>$9,356.39 (T) | Duplicative | HILTON CAPITAL LLC<br>ATTN: JENNIFER TERRY,CHRIS HILTON<br>15604 DERRICO LANE<br>CANYON COUNTRY | 40 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,356.39 (U)<br>$9,356.39 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection     Case 24-11680-BLS Exhibit Doc 581-3    Filed 11/18/24    Page 7 of 25     Primary case number: 24-11680 (BLS) Jointly Administered

Project name: LL FLOORING HOLDINGS, INC.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 7 | Nicor Gas<br>Attn: Maryjane Ramirez<br>PO Box 549<br>Aurora IL 60507 | 225 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$597.08 (U)<br>$597.08 (T) | Duplicative | NICOR GAS<br>PO BOX 549<br>AURORA IL 60507 | 980 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$597.08 (U)<br>$597.08 (T) |
| 8 | Optimizely North America Inc.<br>Attn: Accounts Receivable Optimizely<br>119 5TH AVENUE<br>FLOOR 7<br>NEW YORK NY 10003-1007 | 199 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$51,600.00 (U)<br>$51,600.00 (T) | Duplicative | OPTIMIZELY NORTH AMERICA INC.<br>ATTN: ACCOUNTS RECEIVABLE OPTIMIZELY<br>119 5TH AVENUE<br>FLOOR 7<br>NEW YORK NY 10003-1007 | 1162 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$51,600.00 (U)<br>$51,600.00 (T) |
| 9 | Riverside County Treasurer-Tax Collector<br>Attn: Johnisha K McDowell<br>4080 Lemon St.<br>4th Floor<br>Riverside CA 92501 | 182 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$2,650.96 (P)<br>$2,650.96 (U)<br>$5,301.92 (T) | Duplicative | RIVERSIDE COUNTY TREASURER-TAX COLLECTOR<br>Attn: Johnisha McDowell<br>4080 Lemon St<br>4Th Fl<br>Riverside CA 92501 | 136 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$2,650.96 (P)<br>$2,650.96 (U)<br>$5,301.92 (T) |
| 10 | SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BK DESK & EDWARD KING<br>1600 PACIFIC HWY<br>RM 162<br>SAN DIEGO CA 92101 | 1353 | LL FLOORING HOLDINGS, INC. | $69,797.74 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$69,797.74 (T) | Duplicative | SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BK DESK & EDWARD KING<br>1600 PACIFIC HWY RM 162<br>SAN DIEGO CA 92101 | 1024 | LL FLOORING HOLDINGS, INC. | $69,797.74 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$69,797.74 (T) |
| 11 | State of Alabama, Department of Revenue<br>c/o Legal Division<br>Attn: Sarah B. Harwell<br>PO Box 320001<br>Montgomery AL 36132-0001 | 179 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$38,411.51 (P)<br>$0.00 (U)<br>$38,411.51 (T) | Duplicative | State of Alabama, Department of Revenue<br>c/o Legal Division<br>Attn: Sarah B. Harwell<br>PO Box 320001<br>Montgomery AL 36132-0001 | 156 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$38,411.51 (P)<br>$0.00 (U)<br>$38,411.51 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection     Case 24-11680-BLS   Exhibit Doc 581-3   Filed 11/18/24   Page 8 of 25     Primary case number: 24-11680 (BLS) Jointly Administered

Project name: LL FLOORING HOLDINGS, INC.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 12 | State of New York Department of Labor<br>Attn: Unemployment Insurance Division and Susan<br>Kendall<br>Governor W. Averell Harriman State Office<br>Building Campus<br>Building 12<br>Room 256<br>Albany NY 12240 | 296 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$1,738.91 (P)<br>$0.00 (U)<br>$1,738.91 (T) | Duplicative | New York State Department of Labor<br>Attn: Susan Kendall<br>1220 Washington Ave<br>Bldg 12<br>Rm 256<br>Albany NY 12226 | 304 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$1,738.91 (P)<br>$0.00 (U)<br>$1,738.91 (T) |
| 13 | TERRELL INDUSTRIES [CREATIVE FLOORING DESIGNS]<br>ATTN: ROBERT TERRELL<br>12082 HIGHWAY 17 BYPASS<br>MURRELLS INLET SC 29576 | 634 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$12,069.79 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$12,069.79 (T) | Duplicative | TERRELL INDUSTRIES, LLC [CREATIVE FLOORING DESIGNS]<br>ATTN: ROBERT TERRELL<br>12082 HWY 17 BYPASS<br>MURRELLS INLET SC 29576 | 852 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$12,069.79 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$12,069.79 (T) |
| Total | | Count: 13 | | $439,306.88 | | | | | $439,306.88 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

# **EXHIBIT 2**

**Amended Claims**

1st Omnibus Objection

Case 24-11680-BLS    Doc 581-3    Filed 11/18/24    Page 10 of 25

Exhibit 2

Omnibus Claim Number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 1 | 1501 Adrian Road LLC<br>Attn: Tricia Merriman<br>21 Lafayette Circle<br>Suite 200<br>Lafayette CA 94549 | 348 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,203.30 (U)<br>$20,203.30 (T) | Amended and Replaced | 1501 ADRIAN ROAD LLC<br>ATTN: TRICIA MERRIMAN<br>21 LAFAYETTE CIRCLE<br>SUITE 200<br>LAFAYETTE CA 94549-7609 | 762 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,804.30 (U)<br>$60,804.30 (T) |
| 2 | 1501 ADRIAN ROAD LLC<br>ATTN: TRICIA MERRIMAN, PAUL J. CORTESE, LISA CORTESE & JEANETTE MICHALSKI<br>21 LAFAYETTE CIRCLE SUITE 200<br>LAFAYETTE CA 94549 | 472 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,601.00 (U)<br>$40,601.00 (T) | Amended and Replaced | 1501 ADRIAN ROAD LLC<br>ATTN: TRICIA MERRIMAN<br>21 LAFAYETTE CIRCLE<br>SUITE 200<br>LAFAYETTE CA 94549-7609 | 762 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,804.30 (U)<br>$60,804.30 (T) |
| 3 | 5830 LAKEWOOD LLC<br>ATTN: JEFF J. WYSARD, TOM BAADEN<br>2459 WEST 208TH STREET STE 203<br>TORRANCE | 164 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Replaced | 5830 LAKEWOOD LLC<br>ATTN: JEFF J. WYSARD, TOM BAADEN<br>2459 WEST 208TH STREET STE 203<br>TORRANCE | 165 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,934.84 (U)<br>$12,934.84 (T) |
| 4 | ADVANCED REAL ESTATE SERVICES, INC. [ARES RETAIL SOLUTIONS]<br>C/O VEDDER PRICE PC<br>ATTN: MICHAEL D. LEIFMAN<br>222 N LASALLE ST STE 2600<br>CHICAGO IL 60601 | 1197 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$35,314.19 (U)<br>$35,314.19 (T) | Amended and Replaced | ADVANCED REAL ESTATE SERVICES, INC. [ARES RETAIL SOLUTIONS]<br>C/O VEDDER PRICE PC<br>ATTN: MICHAEL D. LEIFMAN<br>222 N LASALLE ST STE 2600<br>CHICAGO IL 60601 | 1202 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$35,314.19 (U)<br>$35,314.19 (T) |
| 5 | ALEXANDER THOMAS<br>C/O BRADLEY/GROMBACHER, LLC<br>31365 OAK CREST DR<br>SUITE 240<br>WESTLAKE CA 91361 | 1177 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Replaced | BRADLEY/GROMBACHER, LLP<br>31365 OAK CREST DR<br>SUITE 240<br>WESTLAKE VILLAGE CA 91361 | 1179 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection

Case 24-11680-BLS    Doc 581-3    Filed 11/18/24    Page 11 of 25

Exhibit 2

Claim Register No.: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 6 | ALEXANDER THOMAS C/O BRADLEY/GROMBACHER, LLC 31365 OAK CREST DR SUITE 240 WESTLAKE CA 91361 | 1178 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Amended and Replaced | BRADLEY/GROMBACHER, LLP 31365 OAK CREST DR SUITE 240 WESTLAKE VILLAGE CA 91361 | 1179 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| 7 | Andover120 LLC Attn: Lien Ma, Jason Zhai & Cindy Guan 10701 Main Street Ste 103 Bellevue WA 98004 | 65 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $3,683.80 (U) $3,683.80 (T) | Amended and Replaced | Andover120 LLC Attn: Lien Ma, Jason Zhai & Cindy Guan 10701 Main Street Ste 103 Bellevue WA 98004 | 198 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $10,381.61 (U) $10,381.61 (T) |
| 8 | Bexar County c/o Linebarger Goggan Blair & Sampson, LLP Attn: Don Stecker 112 E Pecan St Ste 2200 San Antonio TX 78205 | 62 | LL FLOORING HOLDINGS, INC. | $30,640.50 (S) $0.00 (A) $0.00 (P) $0.00 (U) $30,640.50 (T) | Amended and Replaced | BEXAR COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E PECAN ST STE 2200 SAN ANTONIO TX 78205 | 1462 | LL FLOORING HOLDINGS, INC. | $28,936.59 (S) $0.00 (A) $0.00 (P) $0.00 (U) $28,936.59 (T) |
| 9 | Bo Ding 8265 Gold Coast Drive Unit 7 San Diego CA 92126 | 310 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $1,110.58 (U) $1,110.58 (T) | Amended and Replaced | BO DING 1935 WHITE BIRCH DRIVE VISTA CA 92081 | 601 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $1,110.58 (U) $1,110.58 (T) |
| 10 | Cal Oak Products, dba CalFlor Accessory Systems Attn: Blake Coutolenc 1000 Cal Oak Road Oroville CA 95965 | 21 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $49,552.80 (U) $49,552.80 (T) | Amended and Replaced | Cal Oak Products, dba CalFlor Accessory Systems Attn: Blake Coutolenc 1000 Cal Oak Road Oroville CA 95965 | 25 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $49,552.80 (U) $49,552.80 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection

Case 24-11680-BLS    Doc 581-3    Filed 11/18/24    Page 12 of 25

Exhibit 2

Case Number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 11 | CENK AKARPINAR<br>3 STRIBLE LN<br>MYSTIC CT 06355 | 534 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$638.00 (U)<br>$638.00 (T) | Amended and Replaced | CENK AKARPINAR<br>3 STRIBLE LN<br>MYSTIC CT 06355 | 643 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$638.00 (U)<br>$638.00 (T) |
| 12 | Changzhou Yongfeng Packing Materials Co., Ltd.<br>c/o Mazzola Lindstrom LLP<br>Attn: Adam Wiener; Jean-Claude Mazzola<br>1350 Avenue of the Americas<br>Second Floor<br>New York NY 10019 | 149 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Replaced | CHANGZHOU YONGFENG PACKING MATERIALS CO., LTD.<br>C/O MAZZOLA LINDSTROM LLP<br>ATTN: ADAM WIENER; JEAN-CLAUDE MAZZOLA<br>1350 AVENUE OF THE AMERICAS<br>SECOND FLOOR<br>NEW YORK NY 10019 | 1476 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$8,064.00 (A)<br>$0.00 (P)<br>$8,064.00 (U)<br>$16,128.00 (T) |
| 13 | Changzhou Yongfeng Packing Materials Co., Ltd.<br>c/o Mazzola Lindstrom LLP<br>Attn: Adam Wiener; Jean-Claude Mazzola<br>1350 Avenue of the Americas<br>Second Floor<br>New York NY 10019 | 150 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,128.00 (U)<br>$16,128.00 (T) | Amended and Replaced | CHANGZHOU YONGFENG PACKING MATERIALS CO., LTD.<br>C/O MAZZOLA LINDSTROM LLP<br>ATTN: ADAM WIENER; JEAN-CLAUDE MAZZOLA<br>1350 AVENUE OF THE AMERICAS<br>SECOND FLOOR<br>NEW YORK NY 10019 | 1476 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$8,064.00 (A)<br>$0.00 (P)<br>$8,064.00 (U)<br>$16,128.00 (T) |
| 14 | City of El Paso<br>c/o Linebarger Goggan Blair & Sampson<br>Attn: Don Stecker<br>112 E Pecan St, Suite 2200<br>San Antonio TX 78205 | 63 | LL FLOORING HOLDINGS, INC. | $13,832.60 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$13,832.60 (T) | Amended and Replaced | CITY OF EL PASO<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: DON STECKER<br>112 E PECAN ST SUITE 2200<br>SAN ANTONIO TX 78205 | 974 | LL FLOORING HOLDINGS, INC. | $9,885.46 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$9,885.46 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection

Case 24-11680-BLS    Doc 581-3    Filed 11/18/24    Page 13 of 25

Case Number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

Exhibit 2

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 15 | City of Houston c/o Linebarger Goggan Blair & Sampson, LLP Attn: Tara L. Grundemeier PO Box 3064 Houston TX 77253-3064 | 114 | LL FLOORING, INC. | $3,540.14 (S) $0.00 (A) $0.00 (P) $0.00 (U) $3,540.14 (T) | Amended and Replaced | City of Houston c/o Linebarger Goggan Blair & Sampson, LLP Attn: Tara L. Grundemeier PO Box 3064 Houston TX 77253-3064 | 345 | LL FLOORING, INC. | $4,008.48 (S) $0.00 (A) $0.00 (P) $0.00 (U) $4,008.48 (T) |
| 16 | CLARKSVILLE PROPERTY TAX [CLARKSVILLE FINANCE & REVENUE] ONE PUBLIC SQUARE CLARKSVILLE TN 37040 | 1242 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $221.00 (A) $221.00 (P) $0.00 (U) $442.00 (T) | Amended and Replaced | CITY OF CLARKSVILLE ATTN: DIANA APPLETON PO BOX 928 CLARKSVILLE TN 37041 | 1645 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $221.00 (A) $0.00 (P) $0.00 (U) $221.00 (T) |
| 17 | Commonwealth Landcare Inc Attn: Michael Pugh 14653 Mountain Rd Glen Allen VA 23059 | 142 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $6,950.06 (U) $6,950.06 (T) | Amended and Replaced | COMMONWEALTH LANDCARE INC ATTN: MICHAEL PUGH 14653 MOUNTAIN RD GLEN ALLEN VA 23059 | 715 | LL FLOORING SERVICES, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $15,565.12 (U) $15,565.12 (T) |
| 18 | DAISY GOMEZ 100 STOCKTON ST APT 256 CHELSEA MA 02150 | 510 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $13,000.00 (U) $13,000.00 (T) | Amended and Replaced | DAISY GOMEZ 100 STOCKTON ST APT 256 CHELSEA MA 02150 | 550 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $13,228.94 (U) $13,228.94 (T) |
| 19 | EDWARD GHAZARIAN 13941 SHERMAN WAY UNIT 202 VAN NUYS CA 91405 | 1147 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $11,855.75 (U) $11,855.75 (T) | Amended and Replaced | EDWARD GHAZARIAN EDWARD GHAZARIAN 13941 SHERMAN WAY UNIT 202 VAN NUYS CA 91405-2549 | 1554 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $11,855.75 (U) $11,855.75 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection

Case 24-11680-BLS    Doc 581-3    Filed 11/18/24    Page 14 of 25

Exhibit 2

Case Number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 20 | Gelowell Export SA INC<br>Attn: Emile E Sayegh<br>3689 Esepona Ave<br>Doral FL 33178 | 8 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Replaced | Gelowell Export SA INC<br>Attn: Emile E Sayegh<br>3689 Esepona Ave<br>Doral FL 33178 | 9 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$105,000.00 (U)<br>$105,000.00 (T) |
| 21 | GLENDA DARNELL STARKS<br>3319 SEQUAYAH PASS<br>FORT WAYNE IN 46806 | 916 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,948.00 (U)<br>$4,948.00 (T) | Amended and Replaced | GLENDA DARNELL STARKS<br>3319 SEQUAYAH PASS<br>FORT WAYNE IN 46806 | 1667 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,375.02 (U)<br>$1,375.02 (T) |
| 22 | HANGZHOU GREAT STAR INDUSTRIAL CO., LTD.<br>ATTN: ADAM WIENER & JEAN-CLAUDE MAZZOLA<br>1350 AVENUE OF THE AMERICAS, SECOND FLOOR<br>NEW YORK NY 10019 | 388 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,684.40 (U)<br>$50,684.40 (T) | Amended and Replaced | HANGZHOU GREAT STAR INDUSTRIAL CO., LTD.<br>ATTN: ADAM WIENER AND JEAN-CLAUDE MAZZOLA<br>1350 AVE OF THE AMERICAS<br>2ND FL<br>NEW YORK NY 10019 | 1497 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,684.40 (U)<br>$50,684.40 (T) |
| 23 | Hangzhou GreatStar Industrial Co.,LTD<br>Attn: Paula Wu<br>35 Jiu Huan Road<br>Jiu Bao<br>Hangzhou Zhejiang 310019<br>China | 301 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,684.40 (U)<br>$50,684.40 (T) | Amended and Replaced | HANGZHOU GREAT STAR INDUSTRIAL CO., LTD.<br>ATTN: ADAM WIENER AND JEAN-CLAUDE MAZZOLA<br>1350 AVE OF THE AMERICAS<br>2ND FL<br>NEW YORK NY 10019 | 1497 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,684.40 (U)<br>$50,684.40 (T) |
| 24 | Hangzhou GreatStar Industrial Co.,LTD<br>Attn: Paula Wu and Cindy Wu<br>35 Jiu Huan Road<br>Jiu Bao<br>Hangzhou Zhejiang 310019<br>China | 320 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,684.40 (U)<br>$50,684.40 (T) | Amended and Replaced | HANGZHOU GREAT STAR INDUSTRIAL CO., LTD.<br>ATTN: ADAM WIENER AND JEAN-CLAUDE MAZZOLA<br>1350 AVE OF THE AMERICAS<br>2ND FL<br>NEW YORK NY 10019 | 1497 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,684.40 (U)<br>$50,684.40 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 25  HEATHER SAMUELSON 604 GREENBRIAR BLVD AUBURN IN 46706 | 1292 | LL FLOORING SERVICES, LLC | $0.00 (S) $101.95 (A) $0.00 (P) $0.00 (U) $101.95 (T) | Amended and Replaced | HEATHER SAMUELSON 604 GREENBRIAR BLVD AUBURN IN 46706 | 1724 | LL FLOORING SERVICES, LLC | $0.00 (S) $2,112.88 (A) $0.00 (P) $0.00 (U) $2,112.88 (T) |
| 26  Herman Childrens Building LLC Attn: Joel Herman 5543 N Lakewood Ave Chicago IL 60640 | 337 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $4,000.00 (U) $4,000.00 (T) | Amended and Replaced | HERMAN CHILDRENS BUILDING LLC ATTN: JOEL HERMAN 5543 N LAKEWOOD AVE CHICAGO IL 60640 | 935 | LL FLOORING, INC. | $0.00 (S) $4,000.00 (A) $0.00 (P) $0.00 (U) $4,000.00 (T) |
| 27  HILTON CAPITAL LLC ATTN: JENNIFER TERRY, CHRIS HILTON, JENNIFER HILTON 15604 DERRICO LANE CANYON COUNTRY CA 91387 | 661 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $9,356.39 (U) $9,356.39 (T) | Amended and Replaced | Jennifer Hilton 15604 Derrico Lane Canyon Country CA 91387 | 306 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $9,356.39 (P) $0.00 (U) $9,356.39 (T) |
| 28  Houston Comm Coll System c/o Linebarger Goggan Blair & Sampson, LLP Attn: Tara L. Grundemeier PO Box 3064 Houston TX 77253-3064 | 112 | LL FLOORING, INC. | $628.88 (S) $0.00 (A) $0.00 (P) $0.00 (U) $628.88 (T) | Amended and Replaced | Houston Comm Coll System c/o Linebarger Goggan Blair & Sampson, LLP Attn: Tara L. Grundemeier PO Box 3064 Houston TX 77253-3064 | 346 | LL FLOORING, INC. | $1,212.08 (S) $0.00 (A) $0.00 (P) $0.00 (U) $1,212.08 (T) |
| 29  Houston ISD c/o Linebarger Goggan Blair & Sampson, LLP Attn: Tara L Grundemeier PO Box 3064 Houston TX 77253-3064 | 110 | LL FLOORING, INC. | $5,920.57 (S) $0.00 (A) $0.00 (P) $0.00 (U) $5,920.57 (T) | Amended and Replaced | Houston ISD c/o Linebarger Goggan Blair & Sampson, LLP Attn: Tara L Grundemeier PO Box 3064 Houston TX 77253-3064 | 344 | LL FLOORING, INC. | $6,703.82 (S) $0.00 (A) $0.00 (P) $0.00 (U) $6,703.82 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection

Case 24-11680-BLS    Doc 581-3    Filed 11/18/24    Page 16 of 25

Exhibit 2

Omnibus Case Number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 30 | HUGH O'HENRY<br>5 HAWTHORNE LN<br>EAST MORICHES NY 11940 | 1305 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$3,250.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,250.00 (T) | Amended and Replaced | HUGH O'HENRY<br>5 HAWTHORNE LN<br>EAST MORICHES NY 11940 | 1441 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$11,684.15 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,684.15 (T) |
| 31 | Huzhou Dongheng Import and Export Trading Co., Ltd.<br>c/o Mazzola Lindstrom LLP<br>Attn: Adam Wiener and Jean-Claude Mazzola<br>1350 Avenue of the Americas, Second Floor<br>New York NY 10019 | 288 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$114,094.20 (U)<br>$114,094.20 (T) | Amended and Replaced | Huzhou Dongheng Import and Export Trading Co., Ltd.<br>Attn: Adam Wiener & Jean-Claude Mazzola<br>1350 Avenue of the Americas, Second Floor<br>New York NY 10019 | 295 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$113,437.30 (U)<br>$113,437.30 (T) |
| 32 | Huzhou Dongheng Import and Export Trading Co., Ltd.<br>Attn: Adam Wiener & Jean-Claude Mazzola<br>1350 Avenue of the Americas, Second Floor<br>New York NY 10019 | 295 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$113,437.30 (U)<br>$113,437.30 (T) | Amended and Replaced | HUZHOU DONGHENG IMPORT TRADING CO., LTD.<br>C/O MAZZOLA LINDSTROM LLP<br>ATTN: ADAM WIENER<br>1350 AVENUE OF THE AMERICAS SECOND FLOOR<br>NEW YORK NY 10019 | 1534 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$113,437.30 (U)<br>$113,437.30 (T) |
| 33 | Jiangsu Keri Wood Co., Ltd.<br>c/o Perez & Morris LLC IOLTA<br>Attn: Jian Jiao; Kevin Murch; Michael Liu; Mandy Gu<br>445 Hutchinson Ave<br>Ste 600<br>Columbus OH 43235 | 258 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$430,444.50 (U)<br>$430,444.50 (T) | Amended and Replaced | JIANGSU KERI WOOD CO., LTD.<br>C/O PEREZ & MORRIS LLC IOLTA<br>ATTN: JIAN JIAO, KEVIN MURCH, MICHAEL LIU, MANDY GU<br>445 HUTCHINSON AVENUE, SUITE 600<br>Columbus OH 43235 | 1139 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$68,077.30 (U)<br>$68,077.30 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection

Case 24-11680-BLS    Doc 581-3    Filed 11/18/24    Page 17 of 25

Exhibit 2

Case Number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 34 | KESHIA GRANT 2137 WATERSIDE LANE SW VERO BEACH FL 32962 | 428 | LL FLOORING HOLDINGS, INC. | $3,350.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $3,350.00 (T) | Amended and Replaced | KESHIA GRANT 2137 WATERSIDE LANE SW VERO BEACH FL 32962-5214 | 948 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $3,350.00 (P) $0.00 (U) $3,350.00 (T) |
| 35 | Leap Tools Inc. Attn: Craig Keizer 110 Cumberland Street, Suite 316 Toronto Ontario M5R 3V5 Canada | 275 | LL FLOORING SERVICES, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $117,741.94 (U) $117,741.94 (T) | Amended and Replaced | LEAP TOOLS INC ATTN: CRAIG KEIZER 110 CUMBERLAND STREET SUITE 316 TORONTO ON M5R 3V5 CANADA | 969 | LL FLOORING SERVICES, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $200,000.00 (U) $200,000.00 (T) |
| 36 | Mallfloor (M) Sdn. Bhd., Jiangsu Keri Wood Co., Ltd., Jiangsu Jiuzhisen Technology Co., Ltd.., c/o Perez & Morris LLC IOLTA Attn: Jian Jiao; Kevin Murch; Michael Liu; Mandy Gu 445 Hutchinson Ave, Suite 600 Columbus OH 43235 | 253 | LL FLOORING SERVICES, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $995,285.54 (U) $995,285.54 (T) | Amended and Replaced | MALLFLOOR (M) SDN. BHD. C/O PEREZ & MORRIS LLC IOLTA ATTN: JIAN JIAO & KEVIN MURCH 445 HUTCHINSON AVE, SUITE 600 COLUMBUS OH 43235 | 983 | LL FLOORING SERVICES, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $392,687.06 (U) $392,687.06 (T) |
| 37 | MATTHEW J SEMENIUK 1825 MAPLEVIEW ST SE GRAND RAPIDS MI 49508-4960 | 1408 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $4,828.00 (P) $0.00 (U) $4,828.00 (T) | Amended and Replaced | MATTHEW J SEMENIUK 1825 MAPLEVIEW ST SE GRAND RAPIDS MI 49508-4960 | 1551 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $4,828.00 (U) $4,828.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection

Case 24-11680-BLS   Doc 581-3   Filed 11/18/24   Page 18 of 25

Exhibit 2

Case Number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 38 | MICHELINE ELIAS<br>21 BELLAMY RD<br>DOVER NH 03820 | 390 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,250.00 (U)<br>$2,250.00 (T) | Amended and Replaced | MICHELINE ELIAS<br>21 BELLAMY RD<br>DOVER NH 03820-4357 | 1635 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,500.00 (U)<br>$2,500.00 (T) |
| 39 | MIDAMERICAN ENERGY COMPANY<br>PO BOX 4350 CREDIT<br>DAVENPORT IA 52808 | 406 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$777.99 (U)<br>$777.99 (T) | Amended and Replaced | MIDAMERICAN ENERGY COMPANY<br>PO BOX 4350 CREDIT<br>DAVENPORT IA 52808 | 416 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$777.99 (U)<br>$777.99 (T) |
| 40 | MITSUBISHI LOGISNEXT AMERICAS INC.<br>ATTN: REBECCA J. WINTHROP<br>555 S FLOWER ST, 41ST FL<br>LOS ANGELES CA 90071 | 1403 | LL FLOORING, INC. | $0.00 (S)<br>$7,260.95 (A)<br>$0.00 (P)<br>$270,582.37 (U)<br>$277,843.32 (T) | Amended and Replaced | MITSUBISHI LOGISNEXT AMERICAS INC<br>ATTN: REBECCA J. WINTHROP, ESQ.<br>555 SOUTH FLOWER STREET<br>41ST FLOOR<br>LOS ANGELES CA 90071 | 1532 | LL FLOORING, INC. | $0.00 (S)<br>$7,260.95 (A)<br>$0.00 (P)<br>$270,582.37 (U)<br>$277,843.32 (T) |
| 41 | MITSUBISHI LOGISNEXT AMERICAS INC.<br>C/O NORTON ROSE FULBRIGHT US LLP<br>ATTN: REBECCA J. WINTHROP<br>555 SOUTH FLOWER STREET, 41ST FLOOR<br>LOS ANGELES CA 90071 | 1404 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$7,260.95 (A)<br>$0.00 (P)<br>$270,582.37 (U)<br>$277,843.32 (T) | Amended and Replaced | MITSUBISHI LOGISNEXT AMERICAS INC<br>ATTN: REBECCA J. WINTHROP, ESQ.<br>555 SOUTH FLOWER STREET<br>41ST FLOOR<br>LOS ANGELES CA 90071 | 1544 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$7,260.95 (A)<br>$0.00 (P)<br>$270,582.37 (U)<br>$277,843.32 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection

Case 24-11680-BLS    Doc 581-3    Filed 11/18/24    Page 19 of 25

Exhibit 2

Case Number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 42 | NATALIE BEAUCHAINE<br>128 WHITE HORSE RUN<br>BAHAMA NC 27503 | 1587 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$82.13 (U)<br>$82.13 (T) | Amended and Replaced | NATALIE BEAUCHAINE<br>128 WHITE HORSE RUN<br>BAHAMA NC 27503 | 1686 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$277.11 (U)<br>$277.11 (T) |
| 43 | NJ DEPT. OF LABOR, DIV.<br>EMPLOYER ACCOUNTS<br>ATTN: KIMBERLY MILLINGTON<br>PO BOX 379<br>TRENTON NJ 08625 | 400 | LL FLOORING, INC. | $4,358.68 (S)<br>$0.00 (A)<br>$933.58 (P)<br>$0.00 (U)<br>$5,292.26 (T) | Amended and Replaced | NJ DEPT. OF LABOR, DIV.<br>EMPLOYER ACCOUNTS<br>ATTN: KIMBERLY MILLINGTON<br>PO BOX 379<br>TRENTON NJ 08625 | 421 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$933.54 (P)<br>$0.00 (U)<br>$933.54 (T) |
| 44 | NOVALIS US, LLC<br>ATTN: GREG SMITH<br>200 MUNEKATA DR SE<br>DALTON GA 30721 | 426 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$643,320.28 (U)<br>$643,320.28 (T) | Amended and Replaced | NOVALIS US, LLC<br>ATTN: GREG SMITH<br>200 MUNEKATA DR SE<br>DALTON GA 30721 | 1474 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$643,320.28 (U)<br>$643,320.28 (T) |
| 45 | PG HARDWOOD FLOORING INC<br>ATTN: VICKY GROLEAU & ANNE-MARIE FAUCHER<br>2424 RUE PRINCIPALE<br>SAINT-EDOUARD DE LOTBINIERE<br>QC G0S 1Y0<br>CANADA | 139 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$289,470.42 (U)<br>$289,470.42 (T) | Amended and Replaced | PG HARDWOOD FLOORING INC<br>ATTN: VICKY GROLEAU & ANNE-MARIE FAUCHER<br>2424 RUE PRINCIPALE<br>SAINT-EDOUARD DE LOTBINIERE<br>QC G0S 1Y0<br>CANADA | 186 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$289,470.42 (U)<br>$289,470.42 (T) |
| 46 | RACHEL DOUGHERTY<br>202 N WATTLES RD<br>BATTLE CREEK MI 49014 | 495 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,080.07 (U)<br>$7,080.07 (T) | Amended and Replaced | RACHEL DOUGHERTY<br>202 N WATTLES RD<br>BATTLE CREEK MI 49014 | 617 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,080.07 (U)<br>$7,080.07 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection

Case 24-11680-BLS    Doc 581-3    Filed 11/18/24    Page 20 of 25

Exhibit 2

Chapter 11 Case Number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 47 | SAM CASTERNOVIA ATTN: SAM CASTERNOVIA, DOMENICK LEGE 1560 ROUTE 22E UNION | 98 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $10,959.59 (U) $10,959.59 (T) | Amended and Replaced | SAM CASTERNOVIA ATTN: DOMENICK LEGE 1560 ROUTE 22E UNION NJ 07083 | 1455 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $3,350.00 (P) $19,109.59 (U) $22,459.59 (T) |
| 48 | SANDRA BECKWITH 2190 CRAIG LANE SYRACUSE UT 84075 | 466 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $5,030.99 (U) $5,030.99 (T) | Amended and Replaced | SANDRA BECKWITH 2190 CRAIG LANE SYRACUSE UT 84075 | 596 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $5,030.99 (U) $5,030.99 (T) |
| 49 | SARASOTA COUNTY TAX COLLECTOR 101 S WASHINGTON BLVD SARASOTA FL 34236 | 46 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $1,303.95 (U) $1,303.95 (T) | Amended and Replaced | SARASOTA COUNTY TAX COLLECTOR 101 S WASHINGTON BLVD SARASOTA FL 34236 | 47 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $1,303.95 (P) $0.00 (U) $1,303.95 (T) |
| 50 | SC Department of Revenue c/o Office of General Counsel Attn: Bankruptcy 300A Outlet Pointe Boulevard Columbia SC 29210 | 43 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Amended and Replaced | SC Department of Revenue c/o Office of General Counsel Attn: Bankruptcy 300A Outlet Pointe Boulevard Columbia SC 29210 | 45 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $112,788.91 (P) $41.20 (U) $112,830.11 (T) |
| 51 | SC Department of Revenue c/o Office of General Counsel Attn: Bankruptcy 300A Outlet Pointe Boulevard Columbia SC 29210 | 45 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $112,788.91 (P) $41.20 (U) $112,830.11 (T) | Amended and Replaced | SC DEPARTMENT OF REVENUE C/O OFFICE OF GENERAL COUNSEL ATTN: BANKRUPTCY 300A OUTLET POINTE BOULEVARD COLUMBIA SC 29210 | 1694 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection

Case 24-11680-BLS    Doc 581-3    Filed 11/18/24    Page 21 of 25

Exhibit 2

Jointly Administered Under: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 52 | SELAH THORNTON<br>331 BAY STREET<br>AUBURNDALE FL 33823 | 1110 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Amended and Replaced | SELAH THORNTON<br>331 BAY STREET<br>AUBURNDALE FL 33823 | 1104 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) |
| 53 | SHANNON SIMPSON<br>2232 NETTLECREEK DR<br>FORT WAYNE IN 46818 | 1665 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,372.00 (U)<br>$18,372.00 (T) | Amended and Replaced | SHANNON SIMPSON<br>C/O LL FLOORING<br>ATTN: MIKE<br>2639 GOSHEN RD<br>FORT WAYNE IN 46808 | 1638 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$18,377.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$18,377.00 (T) |
| 54 | STEPHANIE GIFFARD<br>12 PERKINS CT<br>CONCORD NH 03301-4626 | 203 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$10,676.29 (U)<br>$14,026.29 (T) | Amended and Replaced | STEPHANIE GIFFARD<br>12 PERKINS CT<br>CONCORD NH 03301-4626 | 552 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$10,676.29 (U)<br>$14,026.29 (T) |
| 55 | STEPHANIE SCOTT<br>7183 LOGAN DR<br>NEW TRIPOLI PA 18066 | 418 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,520.16 (U)<br>$3,520.16 (T) | Amended and Replaced | STEPHANIE SCOTT<br>7183 LOGAN DR<br>NEW TRIPOLI PA 18066 | 910 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,520.16 (U)<br>$3,520.16 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection

Case 24-11680-BLS    Doc 581-3    Filed 11/18/24    Page 22 of 25

Exhibit 2

Case Number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 56 | Taxing Districts Collected by Potter County [Texas Taxing Authorities] c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. Attn: Alexandria Trevino PO Box 9132 Amarillo TX 79105 | 2 | LL FLOORING HOLDINGS, INC. | $4,508.45 (S) $0.00 (A) $0.00 (P) $0.00 (U) $4,508.45 (T) | Amended and Replaced | TAXING DISTRICTS COLLECTED BY POTTER COUNTY C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. ATTN: ALYSIA CÓRDOVA PO BOX 9132 AMARILLO TX 79105 | 1208 | LL FLOORING HOLDINGS, INC. | $3,540.46 (S) $0.00 (A) $0.00 (P) $0.00 (U) $3,540.46 (T) |
| 57 | TAXING DISTRICTS COLLECTED BY RANDALL COUNTY C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. ATTN: ALEXANDRIA TREVINO PO BOX 9132 AMARILLO TX 79105 | 55 | LL FLOORING HOLDINGS, INC. | $3,713.87 (S) $0.00 (A) $0.00 (P) $0.00 (U) $3,713.87 (T) | Amended and Replaced | TAXING DISTRICTS COLLECTED BY RANDALL COUNTY C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. ATTN: ALYSIA CÓRDOVA, ALEXANDRIA TREVINO PO BOX 9132 AMARILLO TX 79105 | 1215 | LL FLOORING HOLDINGS, INC. | $3,165.38 (S) $0.00 (A) $0.00 (P) $0.00 (U) $3,165.38 (T) |
| 58 | TENNESSEE DEPARTMENT OF REVENUE C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION PO BOX 20207 NASHVILLE TN 37202-0207 | 36 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $171,912.21 (P) $12,261.67 (U) $184,173.88 (T) | Amended and Replaced | TENNESSEE DEPARTMENT OF REVENUE c/o Attorney General PO Box 20207 Nashville TN 37202-0207 | 200 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $63,763.21 (P) $12,261.67 (U) $76,024.88 (T) |
| 59 | TERESA GARCIA 34829 SW 188TH RD #541 HOMESTEAD FL 33034-4560 | 425 | LL FLOORING HOLDINGS, INC. | $2,644.73 (S) $0.00 (A) $0.00 (P) $0.00 (U) $2,644.73 (T) | Amended and Replaced | TERESA GARCIA 34829 SW 188TH RD #541 HOMESTEAD FL 33034-4560 | 1658 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $2,644.76 (A) $0.00 (P) $0.00 (U) $2,644.76 (T) |

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 60 | The County of Brazos, Texas c/o McCreary, Veselka, Bragg & Allen, P.C. Attn: Julie Anne Parsons PO Box 1269 Round Rock TX 78680-1269 | 12 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $4,706.00 (U) $4,706.00 (T) | Amended and Replaced | The County of Brazos, Texas c/o McCreary, Veselka, Bragg & Allen, PC Attn: Julie Anne Parsons PO Box 1269 Round Rock TX 78680-1269 | 15 | LL FLOORING HOLDINGS, INC. | $4,706.70 (S) $0.00 (A) $0.00 (P) $0.00 (U) $4,706.70 (T) |
| 61 | The Marketplace of Melbourne, LTD c/o Carnegie Companies, Inc 6190 Cochran Road Suite A Solon OH 44139 | 284 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $384,814.80 (U) $384,814.80 (T) | Amended and Replaced | The Marketplace of Melbourne, LTD c/o Carnegie Companies, Inc 6190 Cochran Road Suite A Solon OH 44139 | 334 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $384,814.80 (U) $384,814.80 (T) |
| 62 | TOWNSEDGE PROPERTY LLC ; RIVERBEND RENTALS (PM) ATTN: BRADY 2620 FAIRWAY DRIVE, STE 1 ALTOONA WI 54720 | 808 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $3,614.68 (P) $8,251.43 (U) $11,866.11 (T) | Amended and Replaced | TOWNSEDGE PROPERTY, LLC ATTN: BRENT M. WOGAHN 4619 OLD WELLS RD EAU CLAIRE WI 54703 | 918 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $3,614.68 (P) $8,251.43 (U) $11,866.11 (T) |
| 63 | VSC Fire & Security, Inc. PO Box 71207 Charlotte NC 28272 | 131 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $1,425.00 (U) $1,425.00 (T) | Amended and Replaced | VSC FIRE & SECURITY, INC. PO BOX 71207 CHARLOTTE NC 28272 | 786 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $834.86 (U) $834.86 (T) |
| 64 | Washington County Tax Collector c/o Tax Enforcement Attn: Angela Wood 280 N College Ste 202 Fayetteville AR 72701 | 38 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $3,534.11 (P) $0.00 (U) $3,534.11 (T) | Amended and Replaced | WASHINGTON COUNTY TAX COLLECTOR C/O TAX ENFORCEMENT ATTN: ANGELA WOOD 280 N COLLEGE STE 202 FAYETTEVILLE AR 72701 | 752 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection

Case 24-11680-BLS    Doc 581-3    Filed 11/18/24    Page 24 of 25

Exhibit 2

Case Number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 65  William Kantner<br>160 Barrington Ridge<br>Delmont PA 15626 | 268 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,075.34 (U)<br>$1,075.34 (T) | Amended and Replaced | WILLIAM KANTNER<br>160 BARRINGTON RIDGE<br>DELMONT PA 15626-1228 | 1339 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$1,075.34 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,075.34 (T) |
| 66  WILLIAM TRINH<br>1513 OAKVIEW DR<br>MCLEAN VA 22101 | 125 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,623.67 (U)<br>$1,623.67 (T) | Amended and Replaced | WILLIAM TRINH<br>1513 OAKVIEW DR<br>MCLEAN VA 22101 | 135 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,623.67 (U)<br>$1,623.67 (T) |
| 67  WILLIS DAY PROPERTIES INC<br>ATTN: WILLIS DAY IV, JEFF DAY,<br>LENNIE BALL<br>1415 HOLLAND RD, STE C<br>MAUMEE | 118 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,253.00 (U)<br>$5,253.00 (T) | Amended and Replaced | WILLIS DAY PROPERTIES INC<br>ATTN: WILLIS DAY IV, JEFF DAY,<br>LENNIE BALL<br>1415 HOLLAND RD, STE C<br>MAUMEE OH 43537 | 1482 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,653.00 (U)<br>$29,653.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

1st Omnibus Objection

Case 24-11680-BLS    Doc 581-3    Filed 11/18/24    Page 25 of 25

Exhibit 2

Case Number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Reason for Disallowance | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) |
| 68 YALE INVESTMENT GROUP LLC [MOSS REAL ESTATE] ATTN: MURAT JEFF SAHNAZOGLU 650 S HILL ST SUITE M-11 LOS ANGELES CA 90014 | 977 | LL FLOORING, INC. | $0.00 (S) $8,808.96 (A) $0.00 (P) $160,239.14 (U) $169,048.10 (T) | Amended and Replaced | YALE INVESTMENT GROUP LLC [MOSS REAL ESTATE] ATTN: MURAT JEFF SAHNAZOGLU 650 S HILL ST SUITE M-11 LOS ANGELES CA 90014 | 1026 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $8,808.96 (A) $0.00 (P) $0.00 (U) $8,808.96 (T) |
| | | | | | YALE INVESTMENT GROUP LLC [MOSS REAL ESTATE] ATTN: MURAT JEFF SAHNAZOGLU 650 S HILL ST SUITE M-11 LOS ANGELES CA 90014 | 1027 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $160,239.14 (U) $160,239.14 (T) |
| 69 Zhejiang Hailide New Material Co., Ltd. c/o Mazzola Lindstrom LLP Attn: Adam Wiener, Jean-Claude Mazzola 1350 Avenue of the Americas Second Floor New York NY 10019 | 147 | LL FLOORING SERVICES, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $977,519.73 (U) $977,519.73 (T) | Amended and Replaced | ZHEJIANG HAILIDE NEW MATERIAL CO., LTD. C/O MAZZOLA LINDSTROM LLP ATTN: ADAM WEINER 1350 AVENUE OF THE AMERICAS SECOND FLOOR NEW YORK NY 10019 | 1538 | LL FLOORING SERVICES, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $977,519.73 (U) $977,519.73 (T) |
| Total | Count: 69 | | $6,632,842.86 | | | | | $5,702,623.29 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total