**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | **Chapter 11** |
| **LL FLOORING HOLDINGS, INC.,** *et al.*, | **Case No. 24-11680 (BLS)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 18, 2024 AT 11:00 A.M. (ET)**

This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.

To attend a hearing remotely, please register using the eCourtAppearances tool or on the Court's website at www.deb.uscourts.gov.

THE DEADLINE TO REGISTER FOR REMOTE ATTENDANCE IS 4:00 PM (PREVAILING EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED.

## RESOLVED MATTER

1.      Motion of Levin Properties, L.P. for an Order Compelling Payment of Administrative Expense [D.I. 509, 10/31/24]

    Response Deadline:    December 4, 2024 at 4:00 p.m. (ET)

---

[1]    The Debtors in these chapter 11 cases, along with the last four (4) digits of their respective tax identification numbers, are as follows: LL Flooring Holdings, Inc. (0817); LL Flooring, Inc. (9199); Lumber Liquidators Leasing, LLC (N/A); LL Flooring Services, LLC (5960); and Lumber Liquidators Foreign Holdings, LLC (4568). The address of the Debtors' corporate headquarters is 4901 Bakers Mill Lane, Richmond, VA 23230.

[2]    **Amended items are bolded.**

<u>Responses Received</u>:  None to date.

<u>Status</u>:  This matter is resolved in principle. The Debtors are in discussions with the Movant regarding a final resolution.

## **ADJOURNED MATTER**

2. Application of 8 Commerce Hamilton LLC for an Order Compelling Payment of Administrative Expenses [D.I. 572, 11/14/24]

<u>Response Deadline</u>:    November 29, 2024 at 4:00 p.m. (ET)

<u>Responses Received</u>:  None to date.

<u>Status</u>:  This matter is adjourned to the omnibus hearing scheduled for January 29, 2024 at 11:00 a.m. (ET)

## **MATTERS WITH CERTIFICATIONS**

3. Debtors' Motion for Entry of an Order Approving the Private Sale of Visa and Mastercard Interchange Fees and Granting Related Relief [D.I. 612) (sealed), D.I. 613 (redacted), 11/27/24]

<u>Response Deadline</u>:    December 11, 2024 at 4:00 p.m. (ET)

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

A. Certificate of No Objection [D.I. 672, 12/16/24]

**B. Order Authorizing the Debtors to File Under Seal the Debtors' Motion for Entry of an Order Approving the Private Sale of Visa and Mastercard Interchange Fees and Granting Related Relief [D.I. 680, 12/16/24]**

<u>Status</u>:  **The order has been entered**.

4. Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Debtors' Motion for Entry of an Order Approving the Private Sale of Visa and Mastercard Interchange Fees and Granting Related Relief [D.I. 614, 11/27/24] (the "<u>Seal Motion</u>")

<u>Response Deadline</u>:    December 11, 2024 at 4:00 p.m. (ET)

<u>Responses Received</u>:  Informal Comments from the Office of the United States Trustee.

<u>Related Documents</u>:

A. Notice of Filing of Proposed Redacted Version of Debtors' Motion for Entry of an Order Approving the Private Sale of Visa and Mastercard Interchange Fees and Granting Related Relief [D.I. 661, 12/13/24]

B.      Certificate of No Objection [D.I. 673, 12/16/24]

**C.      Order Approving the Private Sale of Visa and Mastercard Interchange Fees and Granting Related Relief [D.I. 681, 12/6/24]**

Status: **The order has been entered.**

## MATTERS GOING FORWARD

5.      Debtors' First Omnibus Objection to Certain Claims (Non-Substantive) [D.I. 581]

Response Deadline:    December 11, 2024 at 4:00 p.m. (ET)

Responses Received:

A.      Response filed by Heather M. Samuelson [D.I. 660]

Related Documents:

**B.      Certification of Counsel Regarding Order Disallowing Claims as Set Forth in the Debtors' First Omnibus Objection to Certain Claims (Non-Substantive) [D.I. 682, 12/17/24]**

Status: **A certification of counsel addressing Ms. Samuelson's objection has been submitted.  As stated therein, Ms. Samuelson has no objection to entry of the proposed order sustaining this claim objection. Accordingly, no hearing is necessary unless the Court has questions.**

6.      Debtors' Second Omnibus Objection to Certain Claims (Substantive) [D.I. 582]

Response Deadline:    December 11, 2024 at 4:00 p.m. (ET)

Responses Received:

A.      Hillsborough County Tax Collector's Response to Debtors' Second Omnibus Objection to Certain Claims (Substantive) (Doc. No. 582) [D.I. 649, 12/10/24]

Informal Responses Received:

- Argo Insurance Company

- Capitol Indemnity Corporation/Platte River Insurance Company

- 24 Kinkel Street

- Potomac Festival II, LLC [Rappaport Management Company]

- Framerica Corporation

- Mitsubishi Logisnext Americas Inc.

Related Documents:

**B.     Certification of Counsel Regarding Stipulation Resolving Claims Asserted by Framerica Corporation [D.I. 683, 12/17/24]**

**C.     Certification of Counsel Regarding Stipulation Resolving Claims Asserted by Mitsubishi Logisnext Americas Inc. [D.I. 684, 12/17/24]**

**D.     Certification of Counsel Regarding Order Disallowing and Expunging Claims as Set Forth in the Debtors Second Omnibus Objection to Certain Claims (Substantive) [D.I. 685, 12/17/24]**

Status: **A revised form of order sustaining this claim objection has been submitted under certification of counsel.  As stated therein, subject to entry of an order approving the stipulation with Mitsubishi Logisnext Americas Inc. [D.I. 684], no party objects to entry of the revised form of order.  No hearing is necessary unless the Court has questions.**

7.     Debtors' Third Omnibus Objection to Certain Claims (Substantive) [D.I. 583]

Response Deadline:     December 11, 2024 at 4:00 p.m. (ET)

Informal Responses Received:

- Salesforce, Inc.

- Prime Renovation Assistance [Hamidullah Hamidi]

Related Documents:

**A.     Certification of Counsel Regarding Order Reclassifying or Reducing Claims as Set Forth in the Debtors' Third Omnibus Objection to Certain Claims [D.I. 686, 12/17/24]**

Status: **A revised form of order has been submitted under certification of counsel. No hearing is necessary unless the Court has questions.**

## COMBINED CONFIRMATION HEARING

8.     Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Form of Ballot and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 461, 10/16/24]

Response Deadline:     December 11, 2024 at 4:00 p.m. (ET)

Informal Responses Received:

- Office of the United States Trustee

- United States Department of Justice

- Counsel to Regency Centers Corp.

- Counsel to certain landlords represented by Ballard Spahr LLP

- Counsel to Capitol Indemnity Corporation and Platte River Insurance Argonaut Insurance Company

- Counsel to Stairtek, Inc.

- Texas Comptroller

- Texas Taxing Authorities

Related Documents:

A.    Amended Joint Chapter 11 Plan of Liquidation for LL Flooring Holdings, Inc. and Its Affiliated Debtors [D.I. 527, 11/4/24]

B.    Disclosure Statement for the Amended Joint Chapter 11 Plan of Liquidation for LL Flooring Holdings, Inc. and Its Affiliated Debtors [D.I. 528, 11/4/24]

C.    Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Form of Ballot and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 532, 11/4/24]

D.    Notice of (I) Approval of Disclosure Statement on an Interim Basis; and (II) the Hearing to Consider (A) Final Approval of the Disclosure Statement as Containing Adequate Information and (B) Confirmation of the Plan [D.I. 536, 11/5/24]

E.    Affidavit of Service of Disclosure Statement Materials [D.I. 559, 11/11/24]

F.    Affidavit of Publication of the New York Times Regarding the Notice of (I) Approval of Disclosure Statement on an Interim Basis; and (II) the Hearing to Consider (A) Final Approval of the Disclosure Statement as Containing Adequate Information and (B) Confirmation of the Plan [D.I. 553, 11/8/24]

G.    Notice of Filing of Plan Supplement for the Amended Joint Chapter 11 Plan of Liquidation for LL Flooring Holdings, Inc. and Its Affiliated Debtors [D.I. 631, 12/4/24]

H.      Notice of Filing of Amendment to Plan Supplement for the Amended Joint Chapter 11 Plan of Liquidation for LL Flooring Holdings, Inc. and Its Affiliated Debtors [D.I. 666, 12/13/24]

I.      Second Amended Joint Chapter 11 Plan of Liquidation for LL Flooring Holdings, Inc. and Its Affiliated Debtors [D.I. 668, 12/16/24]

J.      Debtors' Memorandum of Law in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Second Amended Joint Chapter 11 Plan of Liquidation for LL Flooring Holdings, Inc. and Its Affiliated Debtors [D.I. 669, 12/16/24]

K.      Certification of Adam J. Fialkowski of Stretto, Inc. Regarding Voting and Tabulation of Ballots Cast on the Amended Joint Chapter 11 Plan of Liquidation for LL Flooring Holdings, Inc. and Its Affiliated Debtors [D.I. 670, 12/16/24]

L.      Declaration of Holly Etlin in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Second Amended Joint Chapter 11 Plan of Liquidation for LL Flooring Holdings, Inc. and Its Affiliated Debtors [D.I. 671, 12/16/24]

M.      Notice of Filing of Blackline of Second Amended Joint Chapter 11 Plan of Liquidation for LL Flooring Holdings, Inc. and Its Affiliated Debtors [D.I. 674, 12/16/24]

N.      Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Approving the Disclosure Statement on a Final Basis and Confirming the Second Amended Joint Chapter 11 Plan of Liquidation for LL Flooring Holdings, Inc. and Its Affiliated Debtors [D.I. 675, 12/16/24]

**O.      Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order Approving the Disclosure Statement on a Final Basis and Confirming the Second Amended Joint Chapter 11 Plan of Liquidation for LL Flooring Holdings, Inc. and Its Affiliated Debtors [D.I. 688, 12/17/24]**

**P.      Notice of Filing of Amended Exhibit C to Plan Supplement for the Second Amended Joint Chapter 11 Plan of Liquidation for LL Flooring, Inc. and Its Affiliated Debtors [D.I. 690, 12/17/24]**

Status: The informal responses listed above have been resolved, either informally or through the inclusion of language in the Proposed Confirmation Order or the Second Amended Plan.  This matter is going forward on a consensual basis.

December 17, 2024
Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

Lisa Laukitis (admitted *pro hac vice*)
Elizabeth M. Downing (admitted *pro hac vice*)
Angeline J. Hwang (admitted *pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Lisa.Laukitis@skadden.com
Elizabeth.Downing@skadden.com
Angeline.Hwang@skadden.com

*Counsel to Debtors and Debtors in Possession*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Elizabeth S. Justison*
Edmon L. Morton (I.D. No. 3856)
Kenneth J. Enos (I.D. No. 4544)
Elizabeth S. Justison (I.D. No. 5911)
S. Alexander Faris (I.D. No. 6278)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
emorton@ycst.com
kenos@ycst.com
ejustison@ycst.com
afaris@ycst.com

*Counsel to Debtors and Debtors in Possession*