# EXHIBIT 1

## No Liability Claims

| 2nd Omnibus Objection | | Exhibit 1 | | | | Primary case number: 24-11680 (BLS) Jointly Administered<br>Project name: LL FLOORING HOLDINGS, INC. |
|---|---|---|---|---|---|---|
| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |

| # | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 1 | AARON J COLLINS<br>56 ARTHUR DRIVE<br>WHITINSVILLE MA 01588 | | 803 | LL FLOORING, INC. | 10/18/2024 | $0.00 (S)<br>$0.00 (A)<br>$3,142.50 (P)<br>$0.00 (U)<br>$3,142.50 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 2 | ADAM DECOSTE<br>301 JOE ENGLISH RD<br>NEW BOSTON NH 03070 | | 1089 | LL FLOORING, INC. | 10/28/2024 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,851.00 (U)<br>$1,851.00 (T) | No Liability | Employee was paid in full through separation on 9/30/2024, voluntarily separated for a new role with Lumber Liquidators. |
| 3 | ADDISON COOKE-MURPHY<br>5530 SOUTHERN BOULEVARD<br>YOUNGSTOWN OH 44512 | | 838 | LL FLOORING HOLDINGS, INC. | 10/21/2024 | $0.00 (S)<br>$0.00 (A)<br>$148.00 (P)<br>$0.00 (U)<br>$148.00 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 4 | ALEXIS BIRGE<br>1903 S JACKSON AVE APT 33K<br>TULSA OK 74107 | | 823 | LL FLOORING, INC. | 10/20/2024 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,000.00 (U)<br>$8,000.00 (T) | No Liability | Employee was terminated due to violation of company policy. All amounts owed to this employee were paid at termination. |
| 5 | AMBER HOLSTEIN<br>107 POWHATAN DRIVE<br>WILLIAMSBURG VA 23188 | | 934 | LL FLOORING HOLDINGS, INC. | 10/23/2024 | $0.00 (S)<br>$0.00 (A)<br>$3,300.00 (P)<br>$0.00 (U)<br>$3,300.00 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 6 | ANGEL MCLAUGHLIN<br>222 OLD TURNPIKE ROAD<br>NOTTINGHAM NH 03290 | | 1257 | LL FLOORING HOLDINGS, INC. | 10/30/2024 | $0.00 (S)<br>$0.00 (A)<br>$2,638.22 (P)<br>$0.00 (U)<br>$2,638.22 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

2nd Omnibus Objection

Exhibit 1

Primary case number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

Page 2

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 7 | BRANDON GAUTIER<br>125 KENNEDY DR APT 26<br>SOUTH BURLINGTON VT 05403 | | 864 | LL FLOORING, INC. | 10/21/2024 | $0.00 (S)<br>$0.00 (A)<br>$1,747.08 (P)<br>$0.00 (U)<br>$1,747.08 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 8 | CHAD TANNER<br>58 HICKORY LANE<br>LEOLA PA 17540 | | 1072 | LL FLOORING HOLDINGS, INC. | 10/27/2024 | $0.00 (S)<br>$3,000.00 (A)<br>$3,000.00 (P)<br>$0.00 (U)<br>$6,000.00 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 9 | CLINTON MADDOX<br>2305 COUNTY RD<br>WINDSOR VT 05089-9494 | | 1634 | LL FLOORING HOLDINGS, INC. | 11/06/2024 | $0.00 (S)<br>$0.00 (A)<br>$1,771.00 (P)<br>$0.00 (U)<br>$1,771.00 (T) | No Liability | Per Company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 10 | CONNECTICUT DEPARTMENT OF REVENUE SERVICES<br>ATTN: BANKRUPTCY TEAM & FRIDA SAKAJ<br>450 COLUMBUS BLVD. | | 976 | LL FLOORING HOLDINGS, INC. | 10/24/2024 | $0.00 (S)<br>$0.00 (A)<br>$3,450.00 (P)<br>$8,940.00 (U)<br>$12,390.00 (T) | No Liability | Claim is not valid, all returns and tax has been paid, nothing outstanding |
| 11 | CORY MAYOCK<br>4321 COYE RD<br>JAMESVILLE NY 13078-9782 | | 1093 | LL FLOORING HOLDINGS, INC. | 10/28/2024 | $0.00 (S)<br>$0.00 (A)<br>$2,459.55 (P)<br>$0.00 (U)<br>$2,459.55 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 12 | DANIEL VEAZEY<br>2109 COUNTRY CLUB DR<br>PLANO TX 75074 | | 1572 | LL FLOORING HOLDINGS, INC. | 11/04/2024 | $0.00 (S)<br>$0.00 (A)<br>$28,388.00 (P)<br>$0.00 (U)<br>$28,388.00 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

2nd Omnibus Objection

Exhibit 1

Primary case number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 13 | DEBORAH DORST<br>3216 EAGLES WATCH<br>WILLIAMSBURG VA 23188 | | 1048 | LL FLOORING, INC. | 10/26/2024 | $0.00 (S)<br>$0.00 (A)<br>$4,082.78 (P)<br>$0.00 (U)<br>$4,082.78 (T) | No Liability | Employee was paid in full through separation on 9/30/2024, voluntarily separated for a new role with Lumber Liquidators. |
| 14 | DYLAN S BOOT<br>93 RICHARDSON ROAD<br>LYNDEBOROUGH NH 03082 | | 1461 | LL FLOORING SERVICES, LLC | 11/01/2024 | $0.00 (S)<br>$0.00 (A)<br>$463.98 (P)<br>$0.00 (U)<br>$463.98 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 15 | EVERETT HAGER<br>17 HYDE RD<br>CHARLTON MA 01507-1669 | | 872 | LL FLOORING, INC. | 10/22/2024 | $0.00 (S)<br>$1,925.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,925.00 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 16 | FRANZ DECORDOVA<br>7249 E TROPICAL WAY<br>PLANTATION FL 33317 | | 1328 | LL FLOORING HOLDINGS, INC. | 10/31/2024 | $0.00 (S)<br>$0.00 (A)<br>$1,350.00 (P)<br>$0.00 (U)<br>$1,350.00 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 17 | JAHOD GILBERT<br>904 TORTUGA LN<br>APT A<br>KILLEEN TX 76549 | | 1039 | LL FLOORING HOLDINGS, INC. | 10/25/2024 | $0.00 (S)<br>$0.00 (A)<br>$3,000.00 (P)<br>$0.00 (U)<br>$3,000.00 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for sales bonuses are only paid to those actively employed at the time of payout. This individual voluntarily left LL Flooring on 05/25/2024. |
| 18 | JAMES MCCORMICK<br>6 HILLDALE AVE<br>MIDDLETON MA 01949-2422 | | 816 | LL FLOORING, INC. | 10/19/2024 | $0.00 (S)<br>$0.00 (A)<br>$2,961.00 (P)<br>$0.00 (U)<br>$2,961.00 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

2nd Omnibus Objection

Exhibit 1

Primary case number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 19 | JEREMY BOWMAN<br>504 ROCKWOOD PARC CT<br>EUREKA MO 63025-1157 | | 1448 | LL FLOORING HOLDINGS, INC. | 11/01/2024 | $0.00 (S)<br>$0.00 (A)<br>$9,138.52 (P)<br>$0.40 (U)<br>$9,138.92 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. Per standard benefit policy, coverage is charged for the entire week, so |
| 20 | JOHN BRANCH<br>25315 FRONT RD<br>N. DINWIDDIE VA 23803 | | 763 | LL FLOORING HOLDINGS, INC. | 10/17/2024 | $0.00 (S)<br>$0.00 (A)<br>$7,000.00 (P)<br>$0.00 (U)<br>$7,000.00 (T) | No Liability | Employee was fully paid out including severance and PTO the day after filing this claim. |
| 21 | JOSHUA JOHNSON<br>847 IOWA AVENUE<br>APT 3<br>PALISADE CO 81526 | | 822 | LL FLOORING HOLDINGS, INC. | 10/20/2024 | $0.00 (S)<br>$0.00 (A)<br>$6,614.67 (P)<br>$0.00 (U)<br>$6,614.67 (T) | No Liability | Voluntarily left and began employment with Lumber Liquidators on 10/1/2024 so they are not eligible for severance. Additionally, their unused PTO was transferred to Lumber Liquidators. |
| 22 | Kansas Department of Revenue<br>Attn: Tammy Barajas<br>PO Box 12005<br>Topeka KS 66601-2005 | | 76 | LL FLOORING, INC. | 08/20/2024 | $0.00 (S)<br>$0.00 (A)<br>$15,378.22 (P)<br>$0.00 (U)<br>$15,378.22 (T) | No Liability | Objected as the claim didn't not identify which type of tax and didn't provide support.  Company has been maintaining good standing with all types of taxes in the state. |
| 23 | KIM BROWN<br>11550 8TH AVE<br>PLEASANT PRAIRIE WI<br>53158-5241 | | 1169 | LL FLOORING, INC. | 10/29/2024 | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$0.00 (U)<br>$3,350.00 (T) | No Liability | Claimant is claiming $3,350 in priority claim which is higher than total claim of $765.61.  Refund of $765.61 was paid to customer's Discover card on 10/28/2024. No additional money is owed per the company's books and records. |
| 24 | KYLE THATCHER<br>205 S CADILLAC DR<br>YOUNGSTOWN OH 44512 | | 1108 | LL FLOORING HOLDINGS, INC. | 10/28/2024 | $0.00 (S)<br>$0.00 (A)<br>$1,708.51 (P)<br>$0.00 (U)<br>$1,708.51 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

2nd Omnibus Objection

Exhibit 1

Primary case number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

Page 5

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 25 | LAURIE BARBER 1483 HYDE PARK AVE HYDE PARK MA 02136 | | 1078 | LL FLOORING HOLDINGS, INC. | 10/28/2024 | $0.00 (S) $0.00 (A) $2,117.20 (P) $0.00 (U) $2,117.20 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 26 | MARQUITA WHITE 723 STONECREST ROAD ARGYLE TX 76226 | | 711 | LL FLOORING HOLDINGS, INC. | 10/15/2024 | $0.00 (S) $10,000.00 (A) $20,000.00 (P) $0.00 (U) $30,000.00 (T) | No Liability | This individual was on a final warning for attendance and subsequently abandoned their job, with their last active day being 08/28/2024, leaving no grounds for additional payment. |
| 27 | MARQUTON RICHARDSON 217 WILLIAM DUFFIE ROAD COLUMBIA SC 29203 | | 867 | LL FLOORING HOLDINGS, INC. | 10/21/2024 | $0.00 (S) $1,000.00 (A) $0.00 (P) $0.00 (U) $1,000.00 (T) | No Liability | Employee was paid fully through final date of employment. No liability. |
| 28 | MATHEWSON TURNER 30 AYLA DR LITTLE ROCK AR 72223 | | 806 | LL FLOORING HOLDINGS, INC. | 10/18/2024 | $0.00 (S) $0.00 (A) $6,969.00 (P) $0.00 (U) $6,969.00 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 29 | MATTHEW J SEMENIUK 1825 MAPLEVIEW ST SE GRAND RAPIDS MI 49508-4960 | | 1551 | LL FLOORING HOLDINGS, INC. | 11/01/2024 | $0.00 (S) $0.00 (A) $0.00 (P) $4,828.00 (U) $4,828.00 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 30 | MICHAEL WALSH 1123 W. WAYNE ST. FORT WAYNE IN 46802 | | 1320 | LL FLOORING HOLDINGS, INC. | 10/31/2024 | $0.00 (S) $0.00 (A) $0.00 (P) $12,490.00 (U) $12,490.00 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |

2nd Omnibus Objection

Exhibit 1

Primary case number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 31 | NORMAN HAMANN 668 SPRING ST WESTBROOK ME 04092 | | 1295 | LL FLOORING, INC. | 10/30/2024 | $0.00 (S) $0.00 (A) $1,849.28 (P) $0.00 (U) $1,849.28 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 32 | OLAUWON KING 117 SCHROER RD CLARKSVILLE TN 37042 | | 558 | LL FLOORING, INC. | 10/08/2024 | $4,484.27 (S) $0.00 (A) $0.00 (P) $0.00 (U) $4,484.27 (T) | No Liability | The claimant did not submit any supporting documentation; however, based on the company's review of its records, it was found that the claimant had a cancelled order (#139066840) and received a refund of $2,060.18 via Synchrony credit card on 10/10/2024. No additional money |
| 33 | RICHARD BINGHAM 2061 CRESTED BUTTE DR WHITE LAKE MI 48383 | | 1254 | LL FLOORING HOLDINGS, INC. | 10/30/2024 | $0.00 (S) $0.00 (A) $0.00 (P) $11,000.00 (U) $11,000.00 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 34 | ROB SCHMALZ [ROBERT SCHMALZ] 2248 SUMTER DR COLORADO SPRINGS CO 80910-1211 | | 1113 | LL FLOORING HOLDINGS, INC. | 10/28/2024 | $0.00 (S) $55,000.00 (A) $0.00 (P) $0.00 (U) $55,000.00 (T) | No Liability | On 2/28/24, Regional Manager reported that Rob resigned to his supervisor over the phone. An investigation was completed which was unable to substantiate any of his complaints. He did not show up for work on February 27, 28 or 29 and was terminated for voluntary - Job Dissatisfaction. |
| 35 | ROBERT ARSENAULT 9 CORRIVEAU DR HOOKSETT NH 03106 | | 1277 | LL FLOORING HOLDINGS, INC. | 10/31/2024 | $0.00 (S) $0.00 (A) $2,900.00 (P) $0.00 (U) $2,900.00 (T) | No Liability | Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both severance and sales bonus. |
| 36 | ROBERT HUNDLEY 16470 E CD AVE, AUGUSTA MI 49012 | | 1563 | LL FLOORING, INC. | 11/01/2024 | $0.00 (S) $0.00 (A) $13,846.15 (P) $0.00 (U) $13,846.15 (T) | No Liability | Claimant was paid in full through separation on 9/30/2024, voluntarily separated for a new role with Lumber Liquidators. |

2nd Omnibus Objection

Exhibit 1

Primary case number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/scheduled | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|---|
| 37 | SAN DIEGO COUNTY TREASURER-TAX COLLECTOR ATTN: BK DESK & EDWARD KING 1600 PACIFIC HWY RM 162 SAN DIEGO CA 92101 | | 1024 | LL FLOORING HOLDINGS, INC. | 10/25/2024 | $69,797.74 (S) $0.00 (A) $0.00 (P) $0.00 (U) $69,797.74 (T) | No Liability | Claim 1024 is for multiple properties of the landlord on Venus St, including other stores not leased by the Debtors. The assessed taxable value for 2222 Venus St that was a previous LL Flooring location also included land, etc that wasn't owned by the Debtors rather the landlord. The Debtors reported and paid timely the amounts owed by the Debtors. |
| 38 | SANJIV RIMAL 1174 NORTH AVE BURLINGTON VT 05408 | | 1134 | LL FLOORING, INC. | 10/28/2024 | $0.00 (S) $0.00 (A) $232.94 (P) $0.00 (U) $232.94 (T) | No Liability | Claimant had initially resigned and declined F9's offer, but then he decided to move forward with F9. Per company policy, associates who voluntarily leave are not eligible for severance, and sales bonuses are only paid to those actively employed at the time of payout. This individual chose to join Lumber Liquidators on 10/1/2024, forfeiting both |
| 39 | SCOTT SCHMIDT 8905 MCKINLEY DRIVE BARRINGTON IL 60010 | | 1601 | LUMBER LIQUIDATORS LEASING, LLC | 11/05/2024 | $0.00 (S) $0.00 (A) $0.00 (P) $4,000.00 (U) $4,000.00 (T) | No Liability | Employee received severance and PTO payout, no remaining liability |
| 40 | The Marketplace of Melbourne, LTD c/o Carnegie Companies, Inc 6190 Cochran Road | | 334 | LL FLOORING, INC. | 09/16/2024 | $0.00 (S) $0.00 (A) $0.00 (P) $384,814.80 (U) $384,814.80 (T) | No Liability | Claim asserts full amount of rent payments due through the life of the lease. Lease was assumed by F9 and the debtors have no liability remaining for this lease. |
| 41 | TOMAS ALBERTO ARAUZ RODRIGUEZ 10930 BLACKTAIL LOOP PENSACOLA FL 32526 | | 1575 | LL FLOORING HOLDINGS, INC. | 11/04/2024 | $0.00 (S) $0.00 (A) $15,030.47 (P) $0.00 (U) $15,030.47 (T) | No Liability | Claimant was paid in full through separation on 9/30/2024, voluntarily separated for a new role with Lumber Liquidators. |
| 42 | TREMAINE NEAL 3735 WEST HILDA PLACE MILWAUKEE WI 53215 | | 120 | LL FLOORING HOLDINGS, INC. | 08/26/2024 | $0.00 (S) $0.00 (A) $0.00 (P) $1,000.00 (U) $1,000.00 (T) | No Liability | Claimant provided no supporting documentation for the claim. The employee submitted his resignation via text on 8/16/2024. Per company's books and records any outstanding amounts have been paid. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

2nd Omnibus Objection

Exhibit 1

Primary case number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| Original creditor | Claim transferred to | Claim/schedule to be disallowed and expunged | Debtor | Date filed/schedule d | Claim amount and priority (1) | Basis for objection | Comments |
|---|---|---|---|---|---|---|---|
| 43 | Wood on Wood, Inc.<br>Attn: Jill Witter<br>2350 WO Smith Dr<br>Lawrenceburg TN 38464 | | 144 | LL FLOORING, INC. | 08/28/2024 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$904,814.35 (U)<br>$904,814.35 (T) | No Liability | Claim asserts full amount of rent payments due through the life of the lease. Lease was assumed by F9 and the debtors have no liability remaining for this lease. |
| **Claims To Be Expunged Total** | | **Count: 43** | | | **$1,654,982.63** | | |

# **EXHIBIT 2**

**Multiple Debtor Claims**

2nd Omnibus Objection / Exhibit 2

Primary case number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

## CLAIMS TO BE DISALLOWED AND EXPUNGED | SURVIVING CLAIMS

| # | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ANDREW HARRELL<br>13605 HAREWOOD MANOR<br>NORTH LITTLE ROCK AR 72117 | 492 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant | ANDREW HARRELL<br>13605 HAREWOOD MANOR<br>NORTH LITTLE ROCK AR 72117 | 560 | LL FLOORING, INC. | $5,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Redundant to claim 560 |
| 2 | ARO Partners<br>ATTN: PETER DEPROSPERIS<br>1015 CHESTNUT AVE<br>SUITE A3<br>CARLSBAD CA 92008 | 578 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,703.40 (U)<br>$18,703.40 (T) | Redundant | ARO PARTNERS<br>ATTN: LAUREN COLVIN<br>1015 CHESTNUT AVENUE STE A3<br>CARLSBAD CA 92008 | 684 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,703.40 (U)<br>$18,703.40 (T) | Redundant to claim 684 |
| 3 | BOSTIK, INC.<br>C/O DUANE MORRIS LLP<br>ATTN: LAWRENCE J. KOTLER<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 | 1067 | LUMBER LIQUIDATORS FOREIGN HOLDINGS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,590.19 (U)<br>$1,590.19 (T) | Redundant | BOSTIK, INC.<br>C/O DUANE MORRIS LLP<br>ATTN: LAWRENCE J. KOTLER<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 | 1065 | LUMBER LIQUIDATORS LEASING, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,590.19 (U)<br>$1,590.19 (T) | Redundant to 1065 |
| 4 | Chatham County Tax Commissioner<br>Attn: Theresa C. Harrelson<br>PO BOX 8324<br>SAVANNAH GA 31412 | 263 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$3,508.54 (P)<br>$0.00 (U)<br>$3,508.54 (T) | Redundant | Chatham County Tax Commissioner<br>Attn: Theresa C. Harrelson<br>PO BOX 8324<br>SAVANNAH GA 31412 | 264 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$3,508.54 (P)<br>$0.00 (U)<br>$3,508.54 (T) | Redundant to claim 264 |
| 5 | CLASSEN INTERNATIONAL GMBH<br>C/O RIEMER & BRAUNSTEIN LLP<br>ATTN: ALAN BRAUNSTEIN<br>100 CAMBRIDGE STREET, 22ND FLOOR<br>BOSTON MA 02114 | 1363 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$588,345.79 (U)<br>$588,345.79 (T) | Redundant | CLASSEN INTERNATIONAL GMBH<br>C/O RIEMER & BRAUNSTEIN LLP<br>ATTN: ALAN BRAUNSTEIN<br>100 CAMBRIDGE STREET, 22ND FLOOR<br>BOSTON MA 02114 | 1369 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$588,345.79 (U)<br>$588,345.79 (T) | Redundant to claim 1369 |
| 6 | CLASSEN INTERNATIONAL GMBH<br>C/O RIEMER & BRAUNSTEIN LLP<br>ATTN: ALAN BRAUNSTEIN<br>100 CAMBRIDGE STREET, 22ND FLOOR<br>BOSTON MA 02114 | 1364 | LL FLOORING HOLDINGS, INC. | $1,991,053.63 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,991,053.63 (T) | Redundant | CLASSEN INTERNATIONAL GMBH<br>C/O RIEMER & BRAUNSTEIN LLP<br>ATTN: ALAN BRAUNSTEIN<br>100 CAMBRIDGE STREET, 22ND FLOOR<br>BOSTON MA 02114 | 1371 | LL FLOORING SERVICES, LLC | $1,991,053.63 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,991,053.63 (T) | Redundant to claim 1371 |

2nd Omnibus Objection

Exhibit 2

Primary case number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Comments |
| 7 | CLASSEN INTERNATIONAL GMBH C/O RIEMER & BRAUNSTEIN LLP ATTN: ALAN BRAUNSTEIN 100 CAMBRIDGE STREET 22ND FLOOR BOSTON MA 02114 | 1379 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $1,962,469.21 (U) $1,962,469.21 (T) | Redundant | CLASSEN INTERNATIONAL GMBH C/O RIEMER & BRAUNSTEIN LLP ATTN: ALAN BRAUNSTEIN 100 CAMBRIDGE STREET, 22ND FLOOR BOSTON MA 02114 | 1367 | LL FLOORING SERVICES, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $1,962,469.21 (U) $1,962,469.21 (T) | Redundant to claim 1367 |
| 8 | Dina Pyanoe and Beth Kellner 63 Leonard Avenue Atlantic Highlands NJ 07716 | 293 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $7,128.40 (U) $7,128.40 (T) | Redundant | DINA PYANOE AND BETH KELLNER 63 LEONARD AVENUE ATLANTIC HIGHLANDS NJ 07716 | 515 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $7,128.40 (U) $7,128.40 (T) | Redundant to claim 515 |
| 9 | FRAMERICA CORPORATION C/O BOND, SCHOENECK & KING, PLLC ATTN: EDWARD J. LOBELLO, ESQ. 225 OLD COUNTRY RD MELVILLE NY 11747-2719 | 1453 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $61,313.07 (A) $0.00 (P) $0.00 (U) $61,313.07 (T) | Redundant | FRAMERICA CORPORATION C/O BOND, SCHOENECK & KING, PLLC ATTN: EDWARD J. LOBELLO, ESQ. 225 OLD COUNTRY RD MELVILLE NY 11747-2719 | 1484 | LL FLOORING, INC. | $0.00 (S) $61,313.07 (A) $0.00 (P) $0.00 (U) $61,313.07 (T) | Redundant to claim 1484 |
| 10 | FRAMERICA CORPORATION C/O BOND, SCHOENECK & KING, PLLC ATTN: EDWARD J. LOBELLO, ESQ. 225 OLD COUNTRY RD MELVILLE NY 11747-2719 | 1486 | LUMBER LIQUIDATORS LEASING, LLC | $0.00 (S) $61,313.07 (A) $0.00 (P) $0.00 (U) $61,313.07 (T) | Redundant | FRAMERICA CORPORATION C/O BOND, SCHOENECK & KING, PLLC ATTN: EDWARD J. LOBELLO, ESQ. 225 OLD COUNTRY RD MELVILLE NY 11747-2719 | 1484 | LL FLOORING, INC. | $0.00 (S) $61,313.07 (A) $0.00 (P) $0.00 (U) $61,313.07 (T) | Redundant to claim 1484 |
| 11 | FRAMERICA CORPORATION C/O BOND, SCHOENECK & KING, PLLC ATTN: EDWARD J. LOBELLO, ESQ. 225 OLD COUNTRY RD MELVILLE NY 11747-2719 | 1487 | LL FLOORING SERVICES, LLC | $0.00 (S) $61,313.07 (A) $0.00 (P) $0.00 (U) $61,313.07 (T) | Redundant | FRAMERICA CORPORATION C/O BOND, SCHOENECK & KING, PLLC ATTN: EDWARD J. LOBELLO, ESQ. 225 OLD COUNTRY RD MELVILLE NY 11747-2719 | 1484 | LL FLOORING, INC. | $0.00 (S) $61,313.07 (A) $0.00 (P) $0.00 (U) $61,313.07 (T) | Redundant to claim 1484 |

2nd Omnibus Objection | Exhibit 2 | Primary case number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Comments |
| 12 | Hangzhou GreatStar Industrial Co., LTD<br>Attn: Cindy Wu<br>35 Jiu Huan Road,Jiu Bao<br>Hangzhou Zhejiang 310019<br>China | 22 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,684.40 (U)<br>$50,684.40 (T) | Redundant | HANGZHOU GREAT STAR INDUSTRIAL CO., LTD.<br>ATTN: ADAM WEINER AND JEAN-CLAUDE MAZZOLA<br>1350 AVE OF THE AMERICAS 2ND FL<br>NEW YORK NY 10019 | 1497 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,684.40 (U)<br>$50,684.40 (T) | Redundant to claim 1497 |
| 13 | HILTON CAPITAL LLC<br>ATTN: JENNIFER TERRY, CHRIS HILTON<br>15604 DERRICO LANE<br>CANYON COUNTRY | 40 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,356.39 (U)<br>$9,356.39 (T) | Redundant | Jennifer Hilton<br>15604 Derrico Lane<br>Canyon County CA 91387 | 306 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$9,356.39 (P)<br>$0.00 (U)<br>$9,356.39 (T) | Redundant to claim 306 |
| 14 | JANET TROTTO<br>18 FRUIT ST<br>SHREWSBURY MA 01545 | 405 | LL FLOORING SERVICES, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$286.31 (U)<br>$286.31 (T) | Redundant | JANET TROTTO<br>18 FRUIT ST<br>SHREWSBURY MA 01545 | 736 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$286.31 (U)<br>$286.31 (T) | Redundant to claim 736 |
| 15 | JOHN COBB<br>9111 BIG BOULDER DR<br>LOUISVILLE KY 40291 | 1465 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,600.00 (U)<br>$3,600.00 (T) | Redundant | JOHN COBB<br>9111 BIG BOULDER DR<br>LOUISVILLE KY 40291 | 1392 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,600.00 (U)<br>$3,600.00 (T) | Redundant to claim 1392 |
| 16 | JOHN COBB<br>9111 BIG BOULDER DR<br>LOUISVILLE KY 40291 | 1358 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Redundant | JOHN COBB<br>9111 BIG BOULDER DR<br>LOUISVILLE KY 40291 | 1392 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,600.00 (U)<br>$3,600.00 (T) | Redundant to claim 1392 |
| 17 | LEN CONLIN<br>11 KIMBALL ST<br>MARBLEHEAD MA 01945 | 1299 | LL FLOORING HOLDINGS, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$293.63 (U)<br>$293.63 (T) | Redundant | LEN CONLIN<br>11 KIMBALL STREET<br>MARBLEHEAD MA 01945 | 641 | LL FLOORING, INC. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$293.63 (U)<br>$293.63 (T) | Redundant to claim 641 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

2nd Omnibus Objection     Exhibit 2     Primary case number: 24-11680 (BLS) Jointly Administered
Project name: LL FLOORING HOLDINGS, INC.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Basis for objection | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Comments |
| 18 | LUBBOCK CENTRAL APPRAISAL DISTRICT C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP ATTN: LAURA J. MONROE PO BOX 817 LUBBOCK TX 79408 | 16 | LUMBER LIQUIDATORS LEASING, LLC | $6,620.05 (S) $0.00 (A) $0.00 (P) $0.00 (U) $6,620.05 (T) | Redundant | LUBBOCK CENTRAL APPRAISAL DISTRICT C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP ATTN: LAURA J. MONROE PO BOX 817 LUBBOCK TX 79408 | 68 | LL FLOORING HOLDINGS, INC. | $6,620.05 (S) $0.00 (A) $0.00 (P) $0.00 (U) $6,620.05 (T) | Redundant to claim 68 |
| 19 | MIMI NGUYEN 803 SE SWEETBRIAR LN TROUTDALE OR 97060 | 443 | LL FLOORING SERVICES, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $16,886.16 (U) $16,886.16 (T) | Redundant | MIMI NGUYEN 803 SE SWEETBRIAR LN TROUTDALE OR 97060 | 465 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $45,253.31 (U) $45,253.31 (T) | Redundant to claim 465 |
| 20 | MITSUBISHI LOGISNEXT AMERICAS INC ATTN: REBECCA J. WINTHROP, ESQ. 555 SOUTH FLOWER STREET 41ST FLOOR LOS ANGELES CA 90071 | 1544 | LL FLOORING SERVICES, LLC | $0.00 (S) $7,260.95 (A) $0.00 (P) $270,582.37 (U) $277,843.32 (T) | Redundant | MITSUBISHI LOGISNEXT AMERICAS INC ATTN: REBECCA J. WINTHROP, ESQ. 555 SOUTH FLOWER STREET 41ST FLOOR LOS ANGELES CA 90071 | 1532 | LL FLOORING, INC. | $0.00 (S) $7,260.95 (A) $0.00 (P) $270,582.37 (U) $277,843.32 (T) | Redundant to claim 1532. |
| 21 | STEPHEN WATTS (SYNCHRONY CC) [STEPHEN ALEXANDER WATTS] 338 PINE FORREST DRIVE WETUMPKA AL 36093 | 1281 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $3,568.89 (U) $3,568.89 (T) | Redundant | STEPHEN WATTS (SYNCHRONY CC) [STEPHEN ALEXANDER WATTS] 338 PINE FORREST DRIVE WETUMPKA AL 36093 | 1419 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $4,286.39 (P) $0.00 (U) $4,286.39 (T) | Redundant to claim 1419 |
| 22 | TANYA CLAGGETT 10116 TREETOP LANE LANHAM SEABROOK MD 20706-2138 | 1143 | LL FLOORING HOLDINGS, INC. | $3,075.69 (S) $0.00 (A) $3,856.74 (P) $781.05 (U) $7,713.48 (T) | Redundant | TANYA P CLAGGETT 10116 TREETOP LANE LANHAM SEABROOK MD 20706 | 1146 | LL FLOORING, INC. | $3,075.69 (S) $0.00 (A) $3,856.74 (P) $781.05 (U) $7,713.48 (T) | Redundant to claim 1146 |
| 23 | THE GREENWICH HAZLETON GROUP 902 S RODNEY ST WILMINGTON DE 19805 | 1005 | LL FLOORING HOLDINGS, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $4,778.35 (U) $4,778.35 (T) | Redundant | THE GREENWICH HAZLETON GROUP ATTN: VERNON STEVENSON JR 902 S RODNEY ST WILMINGTON DE 19805 | 1012 | LL FLOORING, INC. | $0.00 (S) $0.00 (A) $0.00 (P) $4,778.35 (U) $4,778.35 (T) | Redundant to claim 1012 |
| | Total | Count: 24 | | $ 5,138,379.35 | | | | | $ 4,988,514.79 | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total